# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Midwest Operating Engineers Pension Trust Fund, et al., | ) )  ) Civil Action No.: 18-cv-7097 |
| Plaintiffs, | ) ) ) Judge: Sharon Johnson Coleman |
| vs. | ) ) ) Magistrate: Young B. Kim |
| Americana Landscape Group, Inc. d/b/a Alaniz Landscape Group, Inc., | ) ) ) |
| Defendant. | ) |

## JOINT MOTION FOR ENTRY OF AGREED FINAL JUDGMENT

Plaintiffs, Midwest Operating Engineers Pension Trust Fund, Local 150 IUOE Vacation Savings Plan, (collectively "the Funds"), Construction Industry Research and Service Trust Fund ("CRF") and Defendant Americana Landscape Group, Inc. d/b/a Alaniz Landscape Group, Inc., an Illinois corporation ("Alaniz"), (collectively "the Parties"), pursuant to Rule 54 of the Federal Rules of Civil Procedure, jointly move to enter an agreed final judgment against Alaniz for unpaid contributions owed, interest, liquidated damages, costs, and attorneys' fees under § 301 of the Labor-Management Relations Act (LMRA), 29 U.S.C. § 185, and 28 U.S.C. § 1331; and ERISA, as amended, 29 U.S.C. §§ 1132, 1145.

WHEREFORE, the Parties respectfully request that the Court enter judgment for unpaid contributions, interest, liquidated damages, attorneys' fees, and costs in the amounts set forth in the Proposed Order (attached hereto as Exhibit A).

Dated: June 23, 2021                     Respectfully submitted,


s/James Connolly, Jr.                    s/Todd A. Miller
One of Plaintiffs' Attorneys             One of the Attorneys for Defendant

Attorneys for Plaintiffs:

Dale D. Pierson *(dpierson@local150.org)*
James Connolly, Jr. *(jconnolly@local150.org)*
Brad H. Russell *(brussell@local150.org)*
Institute for Worker Welfare, P.C.
6140 Joliet Road
Countryside, Illinois 60525
Ph: (708) 579-6628 / Fx: (708) 588-1647

Attorneys for Defendant:

Megan M. Moore *(mmm@alloccomiller.com)*
Todd A. Miller *(tam@alloccomiller.com)*
Kathleen M. Cahill *(kmc@alloccomiller.com)*
Allocco, Miller & Cahill, P.C.
20 N. Wacker Drive, Ste. 3517
Chicago, Illinois 60606
Ph: (312) 675-4325 / Fx: (312) 675-4326

# CERTIFICATE OF SERVICE

      The undersigned, an attorney of record, hereby certifies that on June 23, 2021, he electronically filed the foregoing ***Joint Motion for Entry of Agreed Final Judgment*** which sent notice to the following:

Megan M. Moore *(mmm@alloccomiller.com)*
Todd A. Miller *(tam@alloccomiller.com)*
Kathleen M. Cahill *(kmc@alloccomiller.com)*
Allocco, Miller & Cahill, P.C.
20 N. Wacker Drive, Ste. 3517
Chicago, Illinois 60606
Ph: (312) 675-4325
Fx: (312) 675-4326

                                                By: s/ James Connolly, Jr.
                                                One of the Attorneys for Plaintiffs

Attorneys for Plaintiffs:

Dale D. Pierson *(dpierson@local150.org)*
James Connolly, Jr. *(jconnolly@local150.org)*
Brad H. Russell *(brussell@local150.org)*
Institute for Worker Welfare, P.C.
6140 Joliet Road
Countryside, Illinois 60525
Ph: (708) 579-6628
Fx: (708) 588-1647